IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BILLY E. PULLUM, )
)
      Petitioner, )
)
vs )  CIVIL ACTION NO. 00-G-1466-S
)
WARDEN RONALD HOLT, et al, )
)
      Respondent(s). )

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice so that the petitioner can completely exhaust the remedies available to him in state court. An appropriate order will be entered.

DONE, this 17th day of April, 2001.

J. FOY GUIN, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

16